United States Courts
Southern District of Texas
FILED

UCT 12 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| RAMON DELACRUZ JR. | § | V-16- 77 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about January 2009, and on or about December 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

RAMON DELACRUZ JR.,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than one thousand (1,000) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
PATTI HUBERT BOOTH
Assistant United States Attorney