# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

**UNITED STATES OF AMERICA**                    *

                                                *   **CRIMINAL NO.  6:16-cr-00077**

**RAMON DE LA CRUZ JR.**                        *

### ORDER GRANTING CONTINUANCE

Came to be considered on to be heard Defendant's Motion for Continuance, having considered the same, this Court is of the opinion that it should be in all things the continuance should be GRANTED.

IT IS THEREFORE ORDERED that the sentencing of June 14, 2018 at 2:45pm be moved to the July 3, 2018 at _____.

SIGNED on this the _____ day of _____, 2018

_____

Honorable John D. Rainey

UNITED STATES DISTRICT JUDGE PRESIDING