UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CRIMINAL NO. V-16-77 |
| | § | |
| RAMON DELACRUZ JR | § | |

GOVERNMENT'S MOTION FOR LEAVE OF COURT TO FILE
LATE OBJECTION TO PRE-SENTENCE REPORT

COMES NOW, the United States of America, by and through Ryan K. Patrick, the United States Attorney for the Southern District of Texas, and Patti Hubert Booth, Assistant United States Attorney, and respectfully request leave to file Late Objection to the Presentence Report.

    Respectfully submitted,

    RYAN K. PATRICK
    UNITED STATES ATTORNEY

By:   *s/ Patti Hubert Booth*
    PATTI HUBERT BOOTH
    Assistant United States Attorney
    312 S. Main, Room 226
    Victoria, TX 77901
    Phone: (361) 576-9988
    Fax: (361) 579-6820
    State Bar ID No. 02650500
    Federal I.D. No. 19500

CERTIFICATE OF SERVICE AND CONSULTATION

I, Patti Hubert Booth, attorney for the government, hereby certify that copies of the Government's Motion for Leave to File Late Objection To Presentence Report has been electronically mailed to the following to Fabian Guerrero, attorney for the Defendant, and Tricia Cruz, United States Probation Officer on July 11, 2018.

      _s/ Patti Hubert Booth_
PATTI HUBERT BOOTH
Assistant United States Attorney


CERTIFICATE OF CONSULTATION

I hereby certify that I consulted with the following: Fabian Guerrero Attorney for Defendant, who is unopposed to this motion.

      _s/ Patti Hubert Booth_
PATTI HUBERT BOOTH
Assistant United States Attorney