United States District Court
Southern District of Texas
**ENTERED**
November 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. 6:16-CR-00077 |
| RAMON DE LA CRUZ | * |

### ORDER GRANTING MODIFICATION OF CONDITIONS OF RELEASE

On this date came to be considered the **RAMON DE LA CRUZ FOURTH UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** the Court having found that the current bond conditions are not workable modifies the bond conditions as follows:

**Bond condition (7)(f) is to read that "Travel in Texas for employment purposes is not restricted."**

Signed on *November 13*, 2018.

Judge John Rainey - Presiding