UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                            Case Number: 6:16−cr−00077

Ramon DeLaCruz, Jr

## Notice of Resetting

**A proceeding has been reset in this case as to Ramon DeLaCruz, Jr as set forth below.**

**BEFORE:**
**Judge John D Rainey**

**PLACE:**
4th Floor Courtroom
Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 8/7/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing
Applicable defendant(s) required to be present at the hearing.

Date:   August 2, 2019                                            David J. Bradley, Clerk