| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America | | VICTORIA DIVISION |
| | | Criminal No. : V-16-77 |
| v. | United States Courts Southern District of Texas FILED AUG 07 2019 David J. Bradley Clerk of Court | EXHIBIT LIST |
| RAMON DELACRUZ, JR. | | |
| LIST OF UNITED STATES OF AMERICA | | AUSA: PATTI HUBERT BOOTH |
| SENIOR U.S. DISTRICT JUDGE JOHN D. RAINEY | Clerk: STACIE MARTHILJOHNI | Reporter: |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | LA WACA WACA RACING PHOTO DATED OCTOBER 2, 2011 | ✓ | N | ✓ | 8-7-2019 |
| 2 | PHOTOGRAPH OF FRONT VIEW WHITE F150 PICK UP BEARING TEXAS LICENSE PLATE 26N-CL6 | ✓ | N | ✓ | 8-7-2019 |
| 3 | PHOTOGRAPH OF PASSENGER SIDE OF WHITE F150 PICK UP, INVESTIGATOR RAMEY DE LA CRUZ' ASSIGNED COUNTY VEHICLE | ✓ | N | ✓ | 8-7-2019 |
| 4 | PHOTOGRAPH OF BUNKERS WITH MARIHUANA BUNDLES INSIDE | ✓ | N | ✓ | 8-7-2019 |
| 5 | PHOTOGRAPH OF BUNKER | ✓ | N | ✓ | 8-7-2019 |
| 6 | PHOTOGRAPH OF TWO MOTOROLA RADIOS FOUND IN A DRAWER AT ROSBEL BELTRAN'S RESIDENCE | ✓ | N | ✓ | 8-7-2019 |
| 7 | PHOTOGRAPH OF INVESTIGATOR RAMEY DE LA CRUZ WEARING SERVICE WEAPON AND BADGE | ✓ | N | ✓ | 8-7-2019 |
| 8 | PHOTOGRAPH OF INVESTIGATOR RAMEY DE CRUZ STANDING WITH HORSE "EL PINTO" | ✓ | N | ✓ | 8-7-2019 |
| 9 | RAMEY DELACRUZ ADMISSION TO HIS PARTICIPATION IN BELTRAN DRUG SMUGGLING CONSPIRACY | ✓ | N | ✓ | 8-7-2019 |
| 10 | | | | | |
| 11 | | | | | |

8/7/19