

## LA WACA WACA

**Owner:** 5 Brothers Partnership    **Trainer:** Gerardo Villanueva    **Jockey:** Mario Ortiz
**October 2, 2011    300 Yards    Time: 15.6631    Race #23**
**2nd: La Samba**



GOVERNMENT EXHIBIT
1
V-16-77



GOVERNMENT EXHIBIT
2
V-16-77









GOVERNMENT
EXHIBIT
6
V-16-77






GOVERNMENT EXHIBIT
9
V-16-77

— Ramon De La Cruz, Jr's Factual Basis —

Defendant Ramon De La Cruz, Jr. participated in the Beltran drug smuggling conspiracy by:

1. De La Cruz, being a licensed and uniformed officer of the law with the Starr County Sheriffs Office, utilized his employment and government assigned equipment, i.e. official vehicle and radio, to further the Beltran DTO and their drug trafficking conspiracy.

2. De La Cruz sold a portable Law Enforcement Motorola radio, equipped with law enforcement frequencies, to a member Ramiro Sr. of the Beltran DTO for $1,000.

3. At the request of ~~the~~ a members Ramiro & Rodolfo of the Beltran DTO, De La Cruz was asked to dispose of three (3) assault

traveled to the Beltran ranch in his assigned law-enforcement vehicle to pick up the rifles.

4. De La Cruz used his official capacity to assist members of the Beltran DTO with theft of drug proceeds being smuggled into Mexico from the United States. The stolen drug proceeds were then divided between De La Cruz and members of the Ramiro & Rodolfo Beltran DTO. De La Cruz provided the Ramiro Beltran DTO with official law enforcement documentation (a report) to give to the Mexican owners of the drug currency to lead these drug dealers to believe that the drug proceeds had been seized by law enforcement officers.

5. De La Cruz sold the Ramiro Beltran DTO a State ~~County~~ seal stamp for $500.00.

6. De La Cruz received cash payments from a

approximately twenty (20) pounds of marijuana. This marijuana was given to DeLaCruz by a member of the Beltran DTO on the Beltran ranch in RGC.